IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| DEREK MARTIN,<br><br>   Plaintiff,<br><br>   v.<br><br>Acting Commissioner of the Social Security Administration,<br><br>   Defendant. | Civil No. 3:20-CV-1713-AC<br><br>ORDER FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b) |

After considering Plaintiff's unopposed motion and supporting documents, it is hereby ORDERED that attorney's fees in the amount of $4,340.79 be awarded to Dellert Baird Law Offices, PLLC, pursuant to 42 U.S.C. § 406(b).  This amount offsets the previously awarded EAJA fee, so no further offset shall be applied.

IT IS SO ORDERED.

DATED this 24th day of April, 2023.

_____
JOHN V. ACOSTA
United States Magistrate Judge

Page 1      ORDER
            [3:20-CV-1713-AC]